

1300 EYE STREET N.W.
SUITE 400 EAST
WASHINGTON, DC 20005
202.216.8302 DIRECT
202.625.0600 MAIN
202.338.6340 FAX
ddinan@ralaw.com

March 30, 2010

**VIA ELECTRONIC FILING**

The Honorable Eric N. Vitaliano
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Travel Sentry, Inc. v. David A. Tropp</u>, Case No. 06-cv-06415

Dear Judge Vitaliano:

    We write on behalf of the Defendant, David A. Tropp ("Tropp") in reply to the letter of Travel Sentry, Inc. ("Travel Sentry"), dated March 26, 2010, which requests leave to file a Supplemental Brief regarding a recent International Trade Commission ("ITC" or "Commission") decision.

    Defendant, David A. Tropp submits that such request is both premature and unnecessary. The decision of the Administrative Law Judge ("ALJ") says what it says. It is not necessary to burden this Court and the parties with a brief merely to reiterate its contents. Further, none of the 19 foreign lock and luggage manufacturers, located primarily in China, are parties to this case; and Travel Sentry is not a party to the ITC investigation. The ALJ's decision on the issue of infringement by these foreign manufactures is clearly not binding on this Court.

    The request of Travel Sentry is also premature. The decision of the ALJ is an interim decision. It now goes for full review before the ITC. Until the Commission rules, there is no final ITC decision. If the Commission were to reverse the ALJ's decision finding non-infringement on the part of the foreign manufacturers, and remand the case for trial, obviously any briefing on the ALJ's decision would have been a waste. Also, the ITC decision could change in significant part various portions of the ALJ's Order.

    Therefore, it is respectfully submitted that Travel Sentry's request to file a Supplemental Brief concerning the ALJ's recent decision at the ITC be denied.

The Honorable Eric N. Vitaliano
March 30, 2010
Page 2

                                                             Respectfully submitted,

                                                             Donald R. Dinan

DRD/hg
cc:    Heidsha Sheldon, Esq.
        William Pricket, Esq.
        Zachary W. Berk, Esq.
        James S. Yu, Esq.