William L. Prickett (WP-7278)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028

Andrew T. Hahn, Esq. (AH-6283)
James S. Yu (JY-9734)
SEYFARTH SHAW LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
(212) 218-5500

Attorneys for Plaintiff Travel Sentry, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
TRAVEL SENTRY, INC.,                                              :   Hon. Eric N. Vitaliano, U.S.D.J.
                                                                  :   Hon. Roanne L. Mann, U.S.M.J.
                    Plaintiff,                                    :
                                                                  :
        vs.                                                       :   Civil Action No. 1:06-cv-06415
                                                                  :
DAVID A. TROPP,                                                   :
                                                                  :
                    Defendant.                                    :
                                                                  :
                                                                  :
-----------------------------------------------------------------x

### TRAVEL SENTRY, INC.'S NOTICE OF MOTION
### FOR FEES AND COSTS PURSUANT TO 35 U.S.C. § 285 AND 28 U.S.C. § 1927

PLEASE TAKE NOTICE that, pursuant to this Court's September 10, 2010 Memorandum and Order (DE 154) instructing plaintiff Travel Sentry, Inc. ("Travel Sentry") to submit any application for fees and costs under 35 U.S.C. § 285 by September 24, 2010, and based upon the accompanying Memorandum of Law in Support of Travel Sentry's Motion , the Affidavit of Zachary W. Berk with Exhibits A through V, and upon all pleadings and proceedings herein, Travel Sentry will move this Court, on a date and time to be designated by

the Court, before the Honorable Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Fed. R. Civ. P. 54(d) for an award of fees and costs under 35 U.S.C. § 285 and 28 U.S.C. § 1927, and for such other and further relief that the Court deems just and proper.

Dated:  Boston, Massachusetts             **SEYFARTH SHAW LLP**
       September 24, 2010

                                      */s/  William L. Prickett*
William L. Prickett (WP-7278)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

Andrew T. Hahn (AH-6283)
James S. Yu (JY-9734)
620 8th Avenue
32nd Floor
New York, New York 10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526

**ATTORNEYS FOR TRAVEL SENTRY, INC.**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2010, I served the foregoing **NOTICE OF MOTION FOR FEES AND COSTS PURSUANT TO 35 U.S.C. § 285 AND 28 U.S.C. § 1927** upon former and present counsel for Defendant, via ecf and e-mail (PDF version), and overnight mail.

                                              */s/ Zachary W. Berk*
                                              Zachary W. Berk

12737026v.1