UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| TRAVEL SENTRY, INC., | Hon. Eric Vitaliano, U.S.D.J. |
| | Hon. Roanne L. Mann, U.S.M.J |
| Plaintiff, | |
| vs. | Civil Action No. 1:06-cv-06415 |
| DAVID A. TROPP, | |
| Defendant. | |

------------------------------------------------------------x

## AFFIDAVIT OF DONALD R. DINAN, ESQ. IN SUPPORT OF DAVID A. TROPP'S OPPOSITION TO TRAVEL SENTRY'S MOTION FOR FEES AND COSTS PURSUANT TO 35 U.S.C. § 285 AND 28 U.S.C. § 1927

I, Donald R. Dinan, Esq., under oath hereby state as follows:

1. I am an attorney admitted to practice law in New York and a partner at the firm of Roetzel & Andress, LPA, counsel to defendant David A. Tropp.

2. I make this affidavit of my own personal knowledge concerning Defendant's Opposition to Plaintiff Travel Sentry, Inc.'s Motion for Fees and Costs Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927.

3. Attached hereto is Exhibit A which is a true and correct copy of claim charts.

4. Attached hereto is Exhibit B which is a true and correct copy of Declaration of Issac Yeffet.

5. Attached hereto is Exhibit C which is a true and correct copy of Declaration of Issac Yeffet in Rebuttal to Reports of Winn, Johnson and Manbeck.

6. Attached hereto is Exhibit D which is a true and correct copy of TSA Denial of Claim.

Signed under the penalties of perjury this 1st day of October, 2010.

                                              /s/ Donald R. Dinan
                                              Donald R. Dinan