UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                              :

TRAVEL SENTRY, INC.,              :   Hon. Eric Vitaliano, U.S.D.J.
                              :   Hon. Roanne L. Mann, U.S.M.J

       Plaintiff,                 :

  vs.                             :   Civil Action No. 1:06-cv-06415

DAVID A. TROPP,                :   NOTICE OF APPEAL

       Defendant.             :

-------------------------------------------------------------x

      Notice is hereby given that Defendant David A. Tropp in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum and Order granting summary judgment to Plaintiff Travel Sentry on its claim of noninfringement entered in this action on September 10, 2010.

Dated:  Washington, D.C.                    **ROETZEL & ANDRESS, LPA**
         October 6, 2010

                                              /s/ Donald R. Dinan
                                            Donald R. Dinan (DD 7985)
                                            Roetzel & Andress, LPA
                                            1300 Eye Street, N.W.
                                            Suite 400 East
                                            Washington, D.C.  20005
                                            Telephone:  (202) 625-8302
                                            Facsimile:  (202) 625-0600
                                            *Attorney for Defendant David A. Tropp*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2010, I served the foregoing *David A. Tropp's Notice of Appeal* upon the following counsel of record for Plaintiff Travel Sentry, Inc., via ecf, e-mail (PDF format), and federal express, overnight delivery.

Heidsha Sheldon, Esquire
Peter S. Brooks, Esquire
William Loening Prickett, Esquire
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
Phone: 617-946-4954
Fax: 617-790-5371

James S. Yu, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Phone: 212-218-5500
Fax: 212-218-5526


    /s/ Donald R. Dinan
    Donald R. Dinan (DD 7985)