UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
TRAVEL SENTRY, INC., : Hon. Eric N. Vitaliano, U.S.D.J.
: Hon. Roanne L. Mann, U.S.M.J.
        Plaintiff, :
:
    v. : Civil Action No. 1:06-cv-06415
:
DAVID A. TROPP, :
:
        Defendant. :
:
:
-----------------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Travel Sentry, Inc. ("Travel Sentry"), in the above captioned action hereby appeals this Court's March 31, 2011 Memorandum and Order (DE 164) denying Travel Sentry's Motion for Fees and Costs Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927 (DE 155) to the United State Court of Appeals for the Federal Circuit.

Dated: Boston, Massachusetts
       April 29, 2011

**SEYFARTH SHAW LLP**

  /s/  William L. Prickett
William L. Prickett (WP-7278)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

**ATTORNEYS FOR TRAVEL SENTRY, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2011, I served the foregoing Notice of Appeal upon counsel for Defendant via ecf.

                                        */s/ Zachary W. Berk*
                                        Zachary W. Berk

Case 1:06-cv-06415-ENV-RLM   Document 165   Filed 04/29/11   Page 2 of 2