

600 14TH STREET NW
SUITE 400
WASHINGTON, DC  20005
202.216.8302 DIRECT
202.625.0600 MAIN
202.338.6340 FAX
ddinan@ralaw.com
www.ralaw.com

January 14, 2013

**VIA ECF**

The Honorable Roanne L. Mann
U. S. District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Travel Sentry, Inc. v. Tropp*, Case No. 06-cv-6415 (EVN) ("*Travel Sentry*")
              *Tropp v. Conair Corp. et al.*, Case No. 08-cv-4446 (EVN) ("*Conair*")

Dear Judge Mann:

      We are counsel to defendant David A. Tropp ("Tropp") in the *Travel Sentry* case.  We write on behalf of Mr. Tropp in response to the Court's January 8, 2013 Order (Mr. Tropp is represented by separate counsel in the *Conair* case).  The parties in both cases have conferred and agree that they would like to try to resolve these cases by participating in court-annexed mediation prior to engaging in further motion practice.

      We understand, through consultations with Travel Sentry's counsel, that they are suggesting that mediation occur between counsel, in both cases, for Mr. Tropp and counsel for Travel Sentry for efficiency and logistical purposes, with counsel for the other parties in the *Conair* case available by phone should they need to be consulted.  Counsel for Mr. Tropp agrees with this approach, at least at this preliminary stage.

      We would propose that the mediation be scheduled for a date in February or  March, 2013.  Mr. Tropp's counsel (including the undersigned) is not available from March 8th through March 15th, nor March 25th through April 5th, inclusive.

NEW YORK    CHICAGO    CLEVELAND    TOLEDO    AKRON    COLUMBUS    CINCINNATI
WASHINGTON, D.C.    TALLAHASSEE    ORLANDO    FORT MYERS    NAPLES    FORT LAUDERDALE
6875088_1

January 14, 2013
Page 2

                                              Very truly yours,

                                              ROETZEL & ANDRESS

                                              Donald R. Dinan

DRD/hgv

6875088_1