

Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA  02210-2028

(617) 946-4800
fax (617) 946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4902

Writer's e-mail
wprickett@seyfarth.com

August 27, 2014

**VIA ECF**

The Honorable Eric N. Vitaliano
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Travel Sentry, Inc. v. David Tropp*
             Case No. 06-cv-6415 ("*Travel Sentry*")

             *David Tropp v. Conair Corp. et al.*
             Case No. 08-cv-4446 ("*Conair*")

Dear Judge Vitaliano:

    We submit this letter on behalf of all parties[1] in both of the above cases, in response to the Court's August 25, 2014 Orders to confer and submit a joint proposed briefing schedule on the supplemental non-infringement briefing.

    The parties have agreed on the following proposed schedule:

    (1)    The *Conair* Defendants' and Travel Sentry's revised brief (which they will submit in each case) shall be filed on or before September 9, 2014;

    (2)    Tropp's opposition, if any, shall be filed in both cases on or before September 30, 2014; and

    (3)    the *Conair* Defendants' and Travel Sentry's reply, if any, shall be filed in both cases on or befroe October 10, 2014.

---

[1] As previously noted, Brookstone, Inc. should no longer be a defendant in the *Conair* case.  Brookstone Holdings Corp. and certain of its subsidiaries, including Brookstone, Inc., filed for Chapter 11 bankruptcy protection before the U.S. Bankruptcy Court for the District of Delaware.  The Plan of Reorganization in that case became effective as of July 7, 2014.  On July 29, 2014, Brookstone, Inc. submitted a letter to this Court (but not filed on ECF) seeking dismissal here on that basis.



The Honorable Eric N. Vitaliano
August 27, 2014
Page 2

Thank you for your consideration of this request.

Very truly yours,

*/s/William L. Prickett*
William L. Prickett

WLP
cc:     Peter I. Bernstein, Esq.
        Brian A. Carpenter, Esq.
        Tod S. Chasin, Esq.
        Quentin R. Corrie, Esq.
        Carolyn Juarez, Esq.
        Robert J. Kenney, Esq.
        Christopher F. Lonegro, Esq.
        Neil P. Sirota, Esq.
        Jennifer Tempesta, Esq.
        Zachary W. Berk, Esq.
        Donald Dinan, Esq. (counsel for Tropp)
        Joel MacMull, Esq. (counsel for Tropp)

17810901v.1