

Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA  02210-2028

(617) 946-4800
fax (617) 946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4902

Writer's e-mail
wprickett@seyfarth.com

September 14, 2015

**VIA ECF**

The Honorable Eric N. Vitaliano
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Travel Sentry, Inc. v. David Tropp*
     Case No. 06-cv-6415 ("*Travel Sentry*")

     *David Tropp v. Conair Corp. et al.*
     Case No. 08-cv-4446 ("*Conair*")

Dear Judge Vitaliano:

 We submit this letter on behalf of all parties[1] in both of the above cases, in response to the Court's September 4 and 8, 2015 Orders to confer and submit a joint proposed briefing schedule on the impact of the Federal Circuit's latest ruling in *Akamai Technologies v. Limelight Networks, Inc.*

 The parties have agreed on the following proposed schedule:

 (1) The *Conair* Defendants' and Travel Sentry's supplemental briefs shall be filed on or before September 25, 2015;

 (2) Tropp's responses shall be filed on or before October 26, 2015 (Tropp has indicated that he wishes to submit new exhibits as well, thereby accounting for his request for thirty (30) days); and

---

[1] As previously noted, Brookstone, Inc. should no longer be a defendant in the *Conair* case.  Brookstone Holdings Corp. and certain of its subsidiaries, including Brookstone, Inc., filed for Chapter 11 bankruptcy protection before the U.S. Bankruptcy Court for the District of Delaware.  The Plan of Reorganization in that case became effective as of July 7, 2014.  On July 29, 2014, Brookstone, Inc. submitted a letter to this Court (but not filed on ECF) seeking dismissal here on that basis.



The Honorable Eric N. Vitaliano
September 14, 2015
Page 2

    (3)    the *Conair* Defendants' and Travel Sentry's replies, if any, shall be filed on or before November 16, 2015, in order to address any new facts or exhibits Tropp may submit.

Thank you for your consideration of this proposed schedule.

Very truly yours,

*/s/William L. Prickett*
William L. Prickett

WLP
cc:    Peter I. Bernstein, Esq.
       Brian A. Carpenter, Esq.
       Tod S. Chasin, Esq.
       Quentin R. Corrie, Esq.
       Carolyn Juarez, Esq.
       Robert J. Kenney, Esq.
       Christopher F. Lonegro, Esq.
       Neil P. Sirota, Esq.
       Jennifer Tempesta, Esq.
       Zachary W. Berk, Esq.
       Donald Dinan, Esq. (counsel for Tropp)
       Douglas Gross, Esq. (counsel for Tropp)