UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVEL SENTRY, INC.,

                                JUDGMENT
                                06-CV-6415 (ENV) (RLM)

            Plaintiff,

  v.

DAVID A. TROPP,

            Defendant.
-----------------------------------------------------------------X
DAVID A. TROPP,

            Plaintiff,                      08-CV-4446 (ENV) (RLM)

  v.

CONAIR CORP., et al.,

            Defendants.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 19, 2021, granting Travel Sentry's motion for summary judgment under 35 U.S.C. § 101; granting in part Travel Sentry's motions to strike with respect to the patent ineligibility section of the Laabs report and denying as moot in all other respects; and denying the remaining motions for summary judgment as moot; it is

      ORDERED and ADJUDGED that Travel Sentry's motion for summary judgment under 35 U.S.C. § 101 is granted; that Travel Sentry's motions to strike are granted in part with respect to the patent ineligibility section of the Laabs report and denied as moot in all other respects; and that the remaining motions for summary judgment are similarly denied as moot.

Dated: Brooklyn, New York                                     Douglas C. Palmer
       March 22, 2021                                           Clerk of Court

                                                                 By:    */s/Jalitza Poveda*

Deputy Clerk